IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES WILLIAM ARMOUR | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv437 |
| DENNIS R. AGRICOLA | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Charles William Armour, proceeding *pro se*, filed this civil rights lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED** this the 2 day of **December, 2015.**

Thad Heartfield
United States District Judge

---

[1] The Magistrate Judge's recommendation was based on plaintiff's failure to provide the court with a current address. The court notes that the acknowledgment card sent with the Report and Recommendation was returned to the court. However, the acknowledgment card does not appear to have been signed by the plaintiff, indicating plaintiff was not at the address to which the acknowledgment card was sent.